Form wgexeltr

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut
Connecticut Financial Center
157 Church Street
18th Floor
New Haven, CT 06510

Sensor Switch
900 Northrop Rd
Wallingford, CT 06492

In re: John A. Waszczak, Jr. and Helena Waszczak

Case Number: 11−32650
Chapter: 7
Order for Relief: 10/19/11
Judge: Lorraine Murphy Weil

Dear Sir or Madam

An Order for Relief having been entered on a petition filed by John A. Waszczak, Jr. and Helena Waszczakon 10/19/11, such order operating in accordance with 11 U.S.C. § 362 as an AUTOMATIC STAY of any act or proceeding to recover a claim against the debtor that arose before commencement of the case under Title 11, including the commencement or continuation of any judicial or other proceeding or the enforcement of any judgment against the debtor or his property, or any act to obtain possession of or create, perfect or enforce a lien against property of the estate or of the debtor or any setoff of other act to collect, assess or recover such a claim.

The above directive does not apply to wage executions that have been levied for the collection of alimony, maintenance support which are exempt from the automatic stay of Title 11 U.S.C. §362(a) by Title 11 U.S.C. §362(b)(2).

It is ordered, and notice is hereby given, that any garnishment of or execution upon the wages of the debtor shall cease as of the date of the entry of the order for relief set forth above.

Dated: 10/19/11

Very truly yours,

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court

cc: John A. Waszczak, Jr. and Helena Waszczak, Debtor(s)
Joseph J. D'Agostino Jr., Debtor's Attorney
Barbara H. Katz, Trustee
United States Trustee