B6C (Official Form 6C) (04/10)

In re _John A Waszczak, Jr. and Helena Waszczak_ ,        Case No. _3:11-bk-32650_
                         Debtor(s)                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Husband** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| _Cash_ | _11 USC 522(d)(5)_ | $ 100.00 | $ 100.00 |
| _Household Goods_ | _11 USC 522(d)(3)_ | $ 2,500.00 | $ 5,000.00 |
| _Clothing_ | _11 USC 522(d)(3)_ | $ 750.00 | $ 1,500.00 |
| _Jewelry_ | _11 USC 522(d)(4)_ | $ 50.00 | $ 100.00 |
| _1998 Oldsmobile_ | _11 USC 522(d)(2)_ | $ 250.00 | $ 500.00 |
| _2003 Dodge Durango_ | _11 USC 522(d)(2)_ | $ 1,475.01 | $ 4,500.00 |

Page No. _1_ of _2_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _John A Waszczak, Jr. and Helena Waszczak_ ,    Case No. _3:11-bk-32650_
            Debtor(s)    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property **Claimed By Wife** | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Cash_ | _11 USC 522(d)(5)_ | $ 80.00 | $ 80.00 |
| _Household Goods_ | _11 USC 522(d)(3)_ | $ 2,500.00 | $ 5,000.00 |
| _Clothing_ | _11 USC 522(d)(3)_ | $ 750.00 | $ 1,500.00 |
| _Jewelry_ | _11 USC 522(d)(4)_ | $ 50.00 | $ 100.00 |
| _1998 Oldsmobile_ | _11 USC 522(d)(2)_ | $ 250.00 | $ 500.00 |
| _2003 Dodge Durango_ | _11 USC 522(d)(2)_ | $ 1,475.01 | $ 4,500.00 |

Page No. _2_ of _2_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.